## COMMONWEALTH LAND TITLE COMPANY OF DALLAS and Centen, Inc.

v.

## H.C. DULWORTH.

### No. D–2781.

Supreme Court of Texas.

Dec. 16, 1992.

Prior report: Available on Westlaw, 1992 WL 134903.

Joint motion of the parties to grant application for writ of error and reverse judgment of court of appeals is granted; petitioners' application for writ of error is granted without reference to the merits; the judgments of the courts below are set aside without reference to the merits, and the cause is remanded to the trial court for further proceedings in accordance with the settlement agreement of the parties.